**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**SANTOS BASILIO GONZALEZ-BENITEZ**      **CIVIL ACTION NO. 3:26-CV-1616**

**SECTION P**

**VS.**

**JUDGE ALEXANDER C. VAN HOOK**

**BRIAN ACUNA, ET AL.**                            **MAG. JUDGE DAVID J. AYO**

**ORDER**

Petitioner Santos Basilio Gonzalez-Benitez, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **28 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Lafayette, Louisiana, this 29th day of May, 2026.

_____
David J. Ayo
United States Magistrate Judge